# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCUS ROY COPELAND,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78838

**FILED**

JUL 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct an illegal sentence. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant has filed a motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted. NRAP 42(b). Accordingly, this court

ORDERS this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Cadish_____, J.
Cadish

cc:    Hon. Stefany Miley, District Judge
       Marcus Roy Copeland
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-29741